**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LYNDA HARIG,<br><br>Plaintiff,<br><br>vs.<br><br>STREATER, INC. and SPECTRUM INT'L HOLDINGS, INC., d/b/a RAPID RACK HOLDINGS, INC.<br><br>Defendants. | Civil No. 00-2371 JMR/SRN<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**STIPULATION**

It is hereby stipulated by the parties that plaintiff Lynda Harig's complaint may be dismissed in its entirety, with prejudice and on the merits, as against defendant Streater, Inc., without costs or attorneys' fees to any party. Plaintiff will proceed in her action as against defendants Spectrum Int'l Holdings, Inc. and Rapid Rack Holdings, Inc. only.

HALUNEN & NESS, LLP

Dated: 12/2/00, 2000

Clayton D. Halunen, #219721
155 Fifth Avenue South
Suite 810
Minneapolis, Minnesota 55401
(612) 313-0157

Attorney for plaintiff

DEC 08 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 4, 2000

FAEGRE & BENSON LLP

Steven R. Anderson, #2380
Corina L. Leske, #284129
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 336-3000

Attorneys for defendants

**ORDER**

Pursuant to the stipulation of counsel, **IT IS SO ORDERED.**

Dated: December 7, 2000

BY THE COURT

James M. Rosenbaum
United States District Court Judge

M1:681844.01