**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**LYNDA HARIG,**

**Plaintiff,**

**v.**

**SPECTRUM INTERNATIONAL HOLDINGS, INC., d/b/a Rapid Rack Holdings, Inc.,**

**Defendant.**

**Civil No. 00-2371 (JMR/SRN)**

**O R D E R**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on a request by Defendant Spectrum International Holdings, Inc. for entry of a stay of the Pretrial Scheduling Order dated December 4, 2000, and of the deadlines contained therein, pending final execution of the terms of the parties' confidential settlement agreement reached on July 19, 2001. See Letter to the Court dated August 8, 2001, from Karla C. Robertson, Esq.

The Court grants a stay, until November 1, 2001, of the Pretrial Scheduling Order in place in this matter. At that time the parties will know if

FILED SEP 0 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the terms of the agreement have been satisfactorily completed, and they can either submit a stipulation of dismissal of this case with prejudice for Chief Judge Rosenbaum's signature, or schedule a second pretrial scheduling conference with this Court.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

The Defendant's Request for a Stay of the Pretrial Scheduling Order and the deadlines contained therein (no Doc. No.) is **GRANTED**. The Pretrial Scheduling Order dated December 4, 2000, is hereby **STAYED** until November 1, 2001, when the parties will either submit a stipulation of dismissal of this case with prejudice for Chief Judge Rosenbaum's signature, or schedule a second pretrial scheduling conference with this Court.

Dated: September 4, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500