UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lynda Harig,

Plaintiff,

vs.

STREATER, INC. and SPECTRUM INT'L HOLDINGS, INC., d/b/a, RAPID ROCK HOLDINGS, INC.,

Defendants.

Civil No. 00-2371 JMR/SRN

**STIPULATION AND ORDER FOR DISMISSAL**

**STIPULATION**

It is hereby stipulated by the parties that this action may be dismissed with prejudice and without costs to any party and that the Court may issue the following order for dismissal.

Dated: 10/30, 2001

HALUNEN & NESS, LLP

Clayton D. Halunen (# 219721)

115 Fifth Avenue South, Suite 810
Minneapolis, MN 55401-2526
(612) 313-0157

Attorneys for Plaintiff

Dated: October 30, 2001

FAEGRE & BENSON LLP

Steven R. Anderson (# 2380)
Karla C. Robertson (# 0306794)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants

FILED
RICHARD D. SLETTEN, CLERK
NOV 9 2001
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

**ORDER**

Pursuant to the stipulation of counsel, it is hereby ordered that this action be and hereby is dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 7th, 2001

James M. Rosenbaum
Chief Judge

M1:810549.01